UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 22-MJ-120 |
| KELFA KAMARA, | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) |
| Defendant. | : | and § 841(b)(1)(B)(iii) |
| | : | (Unlawfully Possession with Intent to Distribute 28 Grams or More of Cocaine Base) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 25, 2022, within the District of Columbia, **KELFA KAMARA**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 28 grams or more.

**(Unlawful Possession with Intent to Distribute 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(iii))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves*
Attorney of the United States in
and for the District of Columbia.